**Order entered November 9, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00809-CV

### IN THE INTEREST OF S.D., J.D., AND G.D., CHILDREN

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JC-16-01098-W**

## ORDER

Before the Court is appellee's November 5, 2018 unopposed motion for extension of time to file appellee's brief. We **GRANT** the motion and **ORDER** the brief received on November 5, 2018 filed as of the date of this order.

This case is at issue and will be set for submission in due course.

/s/     DAVID EVANS
           JUSTICE